# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Milton Felix Rosado  
   Marianne Rosado aka Marianne Ruiz  
      Debtor(s)

BK NO. 24-00220 MJC

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of CrossCountry Mortgage, LLC and index same on the master mailing list.

        Respectfully submitted,

        /s/ Michael Farrington  
        Michael Farrington  
        06 Feb 2024, 13:21:11, EST

        KML Law Group, P.C.  
        BNY Mellon Independence Center  
        701 Market Street, Suite 5000  
        Philadelphia, PA 19106  
        215-627-1322