IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Milton Felix Rosado  
      Marianne Rosado aka Marianne Ruiz  
                Debtor(s)

BK NO. 24-00220 MJC

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of CrossCountry Mortgage, LLC and index same on the master mailing list.

                              Respectfully submitted,

                              /s/ Michael Farrington  
                              Michael Farrington  
                              14 Feb 2024, 14:31:54, EST

                              KML Law Group, P.C.  
                              BNY Mellon Independence Center  
                              701 Market Street, Suite 5000  
                              Philadelphia, PA  19106  
                              215-627-1322