Certificate Number: 03088-PAM-DE-038258686

Bankruptcy Case Number: 24-00220


03088-PAM-DE-038258686

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 7, 2024, at 10:41 o'clock PM CST, Milton F Rosado completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   March 7, 2024              By:     /s/Benjamin C Minnich

                                   Name:   Benjamin C Minnich

                                   Title:  Counselor