United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-00220-MJC
Milton Felix Rosado  Chapter 13
Marianne Rosado
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3
Date Rcvd: Mar 11, 2024     Form ID: ntcnfhrg     Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Milton Felix Rosado, Marianne Rosado, 761 Rosewood Rd W., East Stroudsburg, PA 18302-8441 |
| 5593147 | | Bank of America, 4060 Ogletown/Stanton Road, DE5-019-03-07, Montchanin, DE 19710 |
| 5593155 | | Lehigh Valley Health Network, P.O. Box 981028, Boston, MA 02298-1028 |
| 5593158 | | North Jersey FCU, 711 Totowa Blvd, Totowa, NJ 07512 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5593146 | + | Email/Text: backoffice@affirm.com | Mar 11 2024 18:55:00 | Affirm Inc, 650 California Street, FL 12, San Francisco, CA 94108-2716 |
| 5598705 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 11 2024 19:02:10 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5593148 | | Email/Text: dltlegal@hab-inc.com | Mar 11 2024 18:54:00 | Berkheimer, PO Box 25130, Lehigh Valley, PA 18002 |
| 5593149 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 11 2024 19:02:23 | Best Buy/CBNA, 5800 South Corporate Place, Mail Code 234, Sioux Falls, SD 57108-5027 |
| 5593150 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 11 2024 19:02:22 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5594578 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 11 2024 19:02:08 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5593151 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 11 2024 18:55:00 | Comenity Bank/ULTA, 3095 Loyalty Circle, Columbus, OH 43219-3673 |
| 5593153 | | Email/Text: mrdiscen@discover.com | Mar 11 2024 18:54:00 | Discover Bank, P.O. Box 15316, Wilmington, DE 19850 |
| 5593152 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 11 2024 18:54:00 | Cross Country Mortgage Inc, 1 Corporate Drive, STE 360 DMI Respa Notice of Error, Lake Zurich, IL 60047 |
| 5594164 | | Email/Text: mrdiscen@discover.com | Mar 11 2024 18:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5593154 | | Email/Text: PBNCNotifications@peritusservices.com | Mar 11 2024 18:54:00 | Kohls/Capital One, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 5593157 | | Email/Text: EBN@Mohela.com | Mar 11 2024 18:54:00 | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 5593156 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 11 2024 19:23:20 | Macy's/Citibank, N.A, 911 Duke Blvd, Mason, OH 45040 |
| 5593160 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 11 2024 19:02:15 | Portfolio Recovery, 120 Corporate Blvd, Ste 100, |

| Recipient | Method | Date/Time | Address |
| --- | --- | --- | --- |
| 5593159 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 11 2024 18:55:00 | Norfolk, VA 23502 Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 5593161 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 11 2024 19:02:21 | SYNCB/Lowes, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5593162 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 11 2024 18:54:00 | Toyota Motor Credit Corp., 5005 N. River Blvd., NE, Cedar Rapids, IA 52411-6634 |
| 5593163 | Email/Text: bknotice@upgrade.com | Mar 11 2024 18:54:00 | Upgrade Inc, 2 N Central Ave, FL 10, Phoenix, AZ 85004 |
| 5593165 | Email/Text: membersolutions@visionsfcu.org | Mar 11 2024 18:54:00 | Visions FCU, 24 McKinley Avenue, Endicott, NY 13760 |
| 5593164 | ^ MEBN | Mar 11 2024 18:53:16 | Velocity, PO Box 788, Belmar, NJ 07719-0788 |
| 5594957 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 11 2024 19:02:15 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 5593166 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 11 2024 19:02:16 | Wells Fargo Card Services, Credit Bureau Dispute Resoluti, PO Box 14517, Des Moines, IA 50306-3517 |
| 5593167 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 11 2024 19:02:22 | Wells Fargo Dealer Services, P.O. Box 71092, Charlotte, NC 28272-1092 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor CrossCountry Mortgage LLC mfarrington@kmllawgroup.com |
| Timothy B. Fisher, II | on behalf of Debtor 2 Marianne Rosado donna.kau@pocono-lawyers.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Milton Felix Rosado donna.kau@pocono-lawyers.com |

United States Trustee  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Milton Felix Rosado,<br>**Debtor 1**<br><br>Marianne Rosado,<br>aka Marianne Ruiz,<br>**Debtor 2** | Chapter 13<br><br>Case No. 5:24−bk−00220−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**April 18, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: April 25, 2024<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 11, 2024 |

ntcnfhrg (08/21)