United States Bankruptcy Court
Middle District of Pennsylvania

In re  Milton Felix Rosado
       Marianne Rosado
                                    Debtor(s)

Case No.  5:24-bk-00220
Chapter  13

## CERTIFICATE OF SERVICE

I hereby certify that on **June 4, 2024**, a copy of **Order Confirming Amended Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

ALL PARTIES ON ATTACHED
EXHIBIT "A"

/s/ Timothy B. Fisher II
Timothy B. Fisher II 85800
Timothy B. Fisher II
Fisher & Fisher Law Offices
P. O. Box 396
Gouldsboro, PA 18424
570-842-2753 Fax:570-842-8979
donna.kau@pocono-lawyers.com

```
Label Matrix for local noticing        U.S. Bankruptcy Court                  Affirm Inc
0314-5                                  Max Rosenn U.S. Courthouse             650 California Street
Case 5:24-bk-00220-MJC                  197 South Main Street                  FL 12
Middle District of Pennsylvania         Wilkes-Barre, PA 18701-1500            San Francisco, CA 94108-2716
Wilkes-Barre
Tue Jun  4 13:28:28 EDT 2024

Affirm, Inc.                            Bank of America                        Bank of America, N.A.
Resurgent Capital Services              4060 Ogletown/Stanton Road             PO Box 673033
PO Box 10587                            DE5-019-03-07                          Dallas, TX 75267-3033
Greenville, SC 29603-0587               Montchanin, DE 19710


(p)BERKHEIMER                           Best Buy/CBNA                          Capital One
PO BOX 20662                            5800 South Corporate Place             PO Box 31293
LEHIGH VALLEY PA 18002-0662             Mail Code 234                          Salt Lake City, UT 84131-0293
                                        Sioux Falls, SD 57108-5027


Capital One N.A.                        Citibank N.A.                          Comenity Bank/ULTA
by American InfoSource as agent         Citibank, N.A.                         3095 Loyalty Circle
PO Box 71083                            5800 S Corporate Pl                    Columbus, OH 43219-3673
Charlotte, NC  28272-1083               Sioux Falls, SD  57108-5027


(p)DOVENMUEHLE MORTGAGE                 CrossCountry Mortgage, LLC             Discover Bank
1 CORPORATE DRIVE SUITE 360             c/o Nationstar Mortgage LLC            Discover Products Inc
LAKE ZURICH IL 60047-8945               Attn: Bankruptcy Department            PO Box 3025
                                        P.O. Box 619096                        New Albany, OH  43054-3025
                                        Dallas, TX 75261-9096


(p)DISCOVER FINANCIAL SERVICES LLC      (p)JEFFERSON CAPITAL SYSTEMS LLC       Kohls/Capital One
PO BOX 3025                             PO BOX 7999                            P.O. Box 3115
NEW ALBANY OH 43054-3025                SAINT CLOUD MN 56302-7999              Milwaukee, WI 53201-3115


LVNV Funding, LLC                       Lehigh Valley Health Network           Macy's/Citibank, N.A
Resurgent Capital Services              P.O. Box 981028                        911 Duke Blvd
PO Box 10587                            Boston, MA 02298-1028                  Mason, OH 45040
Greenville, SC 29603-0587


Midland Credit Management, Inc.         (p)MOHELA                              North Jersey FCU
PO Box 2037                             CLAIMS DEPARTMENT                      711 Totowa Blvd
Warren, MI 48090-2037                   633 SPIRIT DRIVE                       Totowa, NJ 07512
                                        CHESTERFIELD MO 63005-1243


(p)PORTFOLIO RECOVERY ASSOCIATES LLC    Pennsylvania Department of Revenue     Quantum3 Group LLC as agent for
PO BOX 41067                            Bankruptcy Division                    Velocity Investments LLC
NORFOLK VA 23541-1067                   P.O. Box 280946                        PO Box 788
                                        Harrisburg, PA 17128-0946              Kirkland, WA  98083-0788


SYNCB/Lowes                             Scolopax, LLC                          Synchrony Bank
4125 Windward Plaza                     C/O Weinstein & Riley, P.S.            by AIS InfoSource LP as agent
Alpharetta, GA 30005-8738               1415 WESTERN AVE, SUITE 700            PO Box 4457
                                        SEATTLE, WA 98101-2051                 Houston, TX  77210-4457
```

Toyota Motor Credit Corp.
5005 N. River Blvd., NE
Cedar Rapids, IA 52411-6634

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102-1104

(p)UPGRADE INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422

Velocity
PO Box 788
Belmar, NJ 07719-0788

(p)VISIONS FEDERAL CREDIT UNION
ATTN BANKRUPTCY
24 MCKINLEY AVE
ENDICOTT NY 13760-5491

Wells Fargo Bank N.A., d/b/a Wells Fargo Aut
PO Box 169005
Irving, TX 75016-9005

Wells Fargo Bank, N.A., Wells Fargo Card Ser
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Card Services
Credit Bureau Dispute Resoluti
PO Box 14517
Des Moines, IA 50306-3517

Wells Fargo Dealer Services
P.O. Box 71092
Charlotte, NC 28272-1092

(p)JACK N ZAHAROPOULOS
ATTN CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE SUITE A
HUMMELSTOWN PA 17036-8625

Marianne Rosado
761 Rosewood Rd W.
East Stroudsburg, PA 18302-8441

Milton Felix Rosado
761 Rosewood Rd W.
East Stroudsburg, PA 18302-8441

Timothy B. Fisher II
Fisher and Fisher Law Offices
PO Box 396
525 Main Street
Gouldsboro, PA 18424-8838

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Berkheimer
PO Box 25130
Lehigh Valley, PA 18002

Cross Country Mortgage Inc
1 Corporate Drive
STE 360 DMI Respa Notice of Error
Lake Zurich, IL 60047

Discover Bank
P.O. Box 15316
Wilmington, DE 19850

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617

Mohela/Dept of Ed
633 Spirit Dr
Chesterfield, MO 63005-1243

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

(d)Portfolio Recovery
120 Corporate Blvd
Ste 100
Norfolk, VA 23502

Upgrade Inc
2 N Central Ave
FL 10
Phoenix, AZ 85004

Visions FCU
24 McKinley Avenue
Endicott, NY 13760

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036