## United States Bankruptcy Court

### Middle District of Pennsylvania (Wilkes-Barre)

IN RE: MARIANNE ROSADO  CASE NO.: 24-00220
  CHAPTER: 13

Debtors

**Change of address – Payment for Creditor**

As to Claim 5-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for payment has changed.

| Old Notifications address | New Notifications address |
|---|---|

| Old payment address | New payment address |
|---|---|
| Wells Fargo Auto | Wells Fargo Auto |
| PO Box 17900 | PO Box 51963 |
| Denver CO 80217-0900 | Los Angeles CA 90051-6263 |

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: bkchapter13@wellsfargo.com

09/25/2025  /s/Lisa Johnson
  Account Resolution Associate Manager
  Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

# Certificate of Service

Middle District of Pennsylvania (Wilkes-Barre)

IN RE: MARIANNE ROSADO  CASE NO: 24-00220
CHAPTER: 13

Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 09/25/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:
Lisa Johnson
Account Resolution Associate Manager

☐ By mail:
[Name]
[Address]

☐ By [Method of delivery]:
[Name]
[Address]

09/25/2025  /s/Lisa Johnson
Account Resolution Associate Manager
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.